UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JEREMY SORENSON, an individual, RANDAL REEP, an individual, RANDAL SMITH, an individual, ADAM MCLEAN, an individual, and JAMES DOYLE, an individual, on behalf of themselves and all others similarly situated,**<br><br> **Plaintiffs,**<br><br>**vs.**<br><br>**DELTA AIR LINES, INC., a Delaware Corporation,**<br><br> **Defendant.** | **Civil Action No. 1:17-cv-00541-ELR** |

## DEFENDANT DELTA AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and LR 56 (N.D. Ga.), Defendant Delta Air Lines, Inc. ("Delta") respectfully moves for Summary Judgment with respect to all Counts of Plaintiffs' Complaint.  In support of its Motion, Delta respectfully submits herewith Defendant's Statement of Undisputed Material Facts and Defendant's Brief in Support of its Motion for Summary Judgment, the Declarations of Thomas J. Munger and Jason Zawislak (together with Exhibits), and the Depositions of Plaintiffs Jeremy Sorenson, Randal Reep, Randal Smith, Adam McLean, James Doyle, and Candace Rosevear.

1

For the reasons set forth in the accompanying Brief, Delta respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiffs' Complaint.

Respectfully submitted,

s/Thomas J. Munger
Thomas J. Munger (Georgia Bar No. 529609)
Benjamin A. Stone (Georgia Bar No. 683850)
MUNGER & STONE, LLP
999 Peachtree Street, N.E., Suite 2850
Atlanta, Georgia  30309
Telephone: (404) 815-0933
tom.munger@munger@stone.com
ben.stone@munger@stone.com

Lincoln O. Bisbee (Admitted *Pro Hac Vice*)
Jason J. Ranjo (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  100178
Telephone: (212) 309-6000
lincoln.bisbee@morganlewis.com
jason.ranjo@morganlewis.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JEREMY SORENSON, an individual, RANDAL REEP, an individual, RANDAL SMITH, an individual, ADAM MCLEAN, an individual, and JAMES DOYLE, an individual, on behalf of themselves and all others similarly situated,**<br><br> **Plaintiffs,**<br><br>**vs.**<br><br>**DELTA AIR LINES, INC., a Delaware Corporation,**<br><br> **Defendant.** | **Civil Action No. 1:17-cv-00541-ELR** |

## CERTIFICATE OF SERVICE

I certify that on March 14, 2022, I electronically filed DEFENDANT DELTA AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will automatically serve it on Plaintiffs' counsel of record: Charles M. Billy, Gene J. Stonebarger, Crystal L. Matter, Alexander Cyclone Covey, and Stephen J. Anderson.

s/ Benjamin A. Stone
Georgia Bar No. 683850

3