UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEREMY SORENSON, an individual,
RANDAL REEP, an individual,
RANDAL SMITH, an individual,
ADAM MCLEAN, an individual, and
JAMES DOYLE, an individual, on
behalf of themselves and all others
similarly situated,

       Plaintiffs,                   CASE NO. 1:17-cv-541-ELR

v.

DELTA AIR LINES, INC.,
a Delaware Corporation.

       Defendant.
_____

**DECLARATION OF CRYSTAL L. MATTER IN SUPPORT OF
PLAINTIFF RANDAL REEP'S RESPONSE IN OPPOSITION TO
DEFENDANT DELTA AIR LINES' MOTION FOR SUMMARY
JUDGMENT**

I, Crystal L. Matter, declare as follows:

    1.    I am an attorney duly admitted to practice law before all courts of the State of California.

    2.    I am the founding shareholder of Matter Law, APC.

    3.    I have been one of the primary and named attorneys for Plaintiff since the inception of this putative class action against Delta Air Lines, Inc.

1

4.     I make this Declaration in conjunction with Plaintiffs Randal Reep and Jeremy Sorenson's responses in Opposition to Defendant Delta Air Lines, Inc.'s Motion for Summary Judgment.

5.     If called as a witness to this matter, I would and could testify truthfully and competently as to all matters stated herein.

6.     Delta produced three versions of the Agreement between Delta Air Lines, Inc. as Represented by the Air Line Pilots Association International ("PWA") that apply during the period with the following effective dates: June 1, 2006 (DELTA 000001-DELTA 000507; July 1, 2012 (DELTA 000508-DELTA 000953); December 1, 2016 (DELTA 000954-DELTA 001452). The cover pages with the effective dates are attached hereto as **Exhibit 1**.

7.     Attached hereto as **Exhibit 2** is a true and correct copy of Ch. 28 §5, Military Leave of Absence – Performing Military Duty While on Delta Duty – of the May 22, 2016 FOM (DELTA000285264); Section 11.5.7 of the June 5, 2014 Flight Operations Manual ("It is Delta's policy that a pilot participating in active military duty is ineligible to perform Delta duties in any capacity."); a copy of Section 28.5.1 of the May 22, 2016 Flight Operations Manual – Eligibility for Duty While on Orders ("A pilot on active military orders is ineligible to perform duties at Delta in any capacity."); and a copy of Section 28.5.6 of the August 31, 2016 Flight Operations Manual which provides in relevant part: "A pilot is not allowed to perform any Delta duty while

performing military duty. Examples of military duty include, but are not limited to: active duty orders, UTA, proficiency training periods, flight training periods, reserve manning periods or any other duty that is accounted for or paid by the state or U.S. Government. Performing Delta duty while on military duty is known as concurrent duty and is not allowed."

8. Attached hereto as **Exhibit 3** are true and correct copies of the Barry Behnfeldt deposition transcript.

9. Attached hereto as **Exhibit 4** are true and correct copies of the William Underwood deposition transcript.

10. Attached hereto as **Exhibit 5** are true and correct copies of the Randal Reep deposition transcript.

11. Attached hereto as **Exhibit 6** are true and correct copies of the Jim Graham deposition transcript.

12. Attached hereto as **Exhibit 7** are true and correct copies of the Phil Davis deposition transcript.

13. Attached hereto as **Exhibit 8** are true and correct copies of the Brian Tully deposition transcript.

14. Attached hereto as **Exhibit 9** are true and correct copies of the Chris Frederick deposition transcript.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of May, 2022, in Sacramento, California

_____

Crystal L. Matter, Declarant