## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JEREMY SORENSON, *an individual*, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:17-CV-00541-ELR |
| DELTA AIR LINES, INC., *a Delaware Corporation*, | * * * | |
| Defendant. | * * | |

_____

# O R D E R

_____

Presently before the Court is Defendant Delta Air Lines, Inc.'s "Motion to File Single Summary Judgment Reply Brief and Modify Briefing Schedule." [Doc. 213]. By its motion, Defendant seeks to file a single reply brief in response to Plaintiffs' individual opposition briefs and to enlarge the page limit for such a single reply brief to a total of fifty (50) pages. [See id. at 1]. Defendant also requests an additional thirty (30) days, through and including July 13, 2022, to file its reply brief due to conflicts with the vacation schedules of three (3) of its counsel. [See id. at 1, 3].

In response, Plaintiffs Doyle, McLean, and Smith take no issue with Defendant's request for an extension of time, but oppose Defendant's other request, instead contending that Defendant should either file five (5) separate reply briefs, with

each having a page limit of fifteen (15) pages (for a total of seventy-five (75) pages in reply briefs), or file a single reply brief of no more than twenty (20) pages. [See Doc. 216 at 2–3]. In contrast, Plaintiffs Reep and Sorenson oppose Defendant's request for an extension of time, but do not oppose Defendant's request to file a single fifty (50) page reply brief. [See Doc. 217 at 12].

Upon review and careful consideration of the Parties' arguments, the Court **GRANTS IN PART** and **DENIES IN PART** Defendant's motion. [Doc. 213]. Specifically, the Court will permit Defendant to file a single reply brief, not to exceed fifty (50) pages, on or before June 30, 2022.

**SO ORDERED**, this 3rd day of June, 2022.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia