# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JEREMY SORENSON, an individual,
RANDAL REEP, an individual,
RANDAL SMITH, an individual,
ADAM MCLEAN, an individual, and
JAMES DOYLE, an individual, on
behalf of themselves and all others
similarly situated,

       Plaintiffs,                  CASE NO. 1:17-cv-541-ELR

v.

DELTA AIR LINES, INC.,
a Delaware Corporation.

       Defendant.
_____

## PLAINTIFFS ADAM MCLEAN AND JAMES DOYLE'S MOTION FOR RECONSIDERATION OF CERTAIN PARTS OF THIS COURT'S <u>ORDER OF MARCH 31, 2023</u>

In accordance with the Local Rule 7.2(E), Plaintiffs ADAM MCLEAN and JAMES DOYLE ("Moving Plaintiffs"), respectfully submit this Motion for Reconsideration of Certain Parts of this Court's Order of March 31, 2023. [Doc. 227] Specifically, Moving Plaintiffs respectfully request that the Court reconsider its findings and conclusions in Section III(C)(3)(d) & Section III(C)(3)(e) of the Order

applicable to Moving Plaintiffs' Discrimination Claims challenged by Defendant Delta Air Lines, Inc.'s ("Delta") in its Motion for Summary Judgment ("MSJ").

This Motion for Reconsideration is based upon newly discovered evidence and a need to correct a clear error of law or fact material to this Court's findings regarding Count 2 of Moving Plaintiffs' Discrimination cause of action alleging the illegality of Delta's discriminatory "Concurrent Duty" policy. In support of this Motion, the Moving Plaintiffs file an accompanying brief in support and a supporting declaration presenting new evidence.

                Respectfully Submitted,

                /s/ Gene J. Stonebarger
                Gene J. Stonebarger, Esq.*
                STONEBARGER LAW, APC
                101 Parkshore Dr., Suite 100
                Folsom, California 95630
                Tel: (916) 235-7140
                Email: gstonebarger@stonebargerlaw.com

                Stephen J. Anderson
                Georgia Bar No. 018325
                KENNETH S. NUGENT, P.C.
                4227 Pleasant Hill Road
                Building 11, Suite 300
                Duluth GA 30096
                Tel: (770) 820-0893
                Email: sanderson@attorneykennugent.com

Charles M. Billy, Esq.*
THE LAW OFFICES OF
CHARLES M. BILLY, P.C.
22706 Aspan Street, Suite 305
Lake Forest, California 92630
Tel: (949) 357-9636
Email: cbilly@cmblawcorp.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Randal Smith, Adam Mclean, James Doyle and Interim Class Counsel*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1B.

>*/s/ Gene J. Stonebarger*
>Gene J. Stonebarger
>*Attorney for Plaintiffs Randal Smith,*
>*Adam Mclean, James Doyle and*
>*Interim Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of The United States District Court for the Northern District of Georgia using the CM/ECF system. All participants are registered CM/ECF users and have been served by the CM/ECF system.

*/s/ Gene J. Stonebarger*
Gene J. Stonebarger
*Attorney for Plaintiffs Randal Smith,*
*Adam Mclean, James Doyle and*
*Interim Class Counsel*