UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY SORENSON, RANDAL REEP, RANDAL SMITH, ADAM MCLEAN and JAMES DOYLE,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-00541-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the Court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that judgment is hereby entered in favor of Defendant on all claims except Plaintiff Smith's discrimination claim, and that Plaintiffs Sorenson, Reep, Doyle, and McLean be dismissed from this matter.

Dated at Atlanta, Georgia, this 8th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Ciarra Steede
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 8, 2023
Kevin P. Weimer
Clerk of Court

By: s/Ciarra Steede
Deputy Clerk